No. 514. MOST WORSHIPFUL UNIVERSAL GRAND LODGE, A. F. & A. M., OF WASHINGTON, ET AL. *v.* MOST WORSHIPFUL PRINCE HALL GRAND LODGE OF WASHINGTON AND ITS JURISDICTION, F. & A. M., ET AL. Supreme Court of Washington. Certiorari denied. *Lary Regal* for petitioners.

No. 497, Misc. JONES *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Chester H. Gray, Milton D. Korman, Hubert B. Pair* and *John R. Hess* for respondent.

No. 515. UNION RAILWAY CO. *v.* COBB. C. A. 6th Cir. Certiorari denied. *Cooper Turner, Jr.* for petitioner. *Thomas R. Prewitt* and *R. G. Draper* for respondent.

No. 516. INTERSTATE LIFE & ACCIDENT INSURANCE CO. *v.* RKO TELERADIO PICTURES, INC. C. A. 6th Cir. Certiorari denied. *Cooper Turner, Jr.* for petitioner. *Walter P. Armstrong, Jr.* and *Richard H. Allen* for respondent.

No. 517. HARTLEY PEN CO. *v.* MATHES, U. S. DISTRICT JUDGE, ET AL. C. A. 9th Cir. Certiorari denied. *Owen A. Bartlett* and *A. V. Falcone* for petitioner. *William Douglas Sellers* for Formulabs, Inc., et al., respondents.

No. 520. CONE BROTHERS CONTRACTING CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied. *John Bacheller, Jr.* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Gary Green* for respondent.